CARMEN A. TRUTANICH, City Attorney - SBN 86629x
GARY G. GEUSS, Chief Assistant City Attorney
CORY BRENTE, Assistant City Attorney
DENISE C. MILLS, Deputy City Attorney - SBN 191992
denise.mills@lacity.org
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No. (213) 978-7032, Fax No. (213) 978-8785

*Attorneys for Defendants*
CITY OF LOS ANGELES, CHARLES BECK, ROBERT CHAVIRA, ROBERT LUNA, JOSE ANZORA, DANIEL BUNCH, DEXTER BARRAS, GARY HANSEN, ROY GUTHRIE and RYAN SHAFFER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAD SHAPOUR ARIAN and DEENA ARIAN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, *et al.*<br><br>Defendants. | Case No. CV12-05261 RGK (PLAx)<br><br>Assigned to Trial Judge: Hon. R. Gary Klausner<br>Courtroom: 850 - Roybal<br><br>[PROPOSED]<br><br>JUDGMENT RE: DEFENDANTS CITY OF LOS ANGELES, ET AL'S MOTION FOR SUMMARY JUDGMENT |

Defendants, City of Los Angeles, Chief Charlie Beck, Officers Robert Luna, Robert Chavira, Dexter Barras, Gary Hansen, Daniel Bunch, Jose Anzora, Ryan Shaffer, and Sergeant Roy Guthrie, [hereinafter "Defendants"], represented by Deputy City Attorney Denise C. Mills, filed a motion for summary judgment on the following claims brought by Plaintiffs in their First Amended Complaint; (1) violation of the Fourth Amendment; (2) *Monell* liability; and (3) wrongful death (including negligence and battery). Plaintiffs, Ahmad Shapour Arian and Deena Arian opposed the motion through their counsel Jeffrey M. Galen. Plaintiffs had previously dismissed their claim as to the

///
///

Fourth Amendment.

After considering the moving, opposing, and reply papers, the Court issued its Order granting the Motion for Summary Judgment in favor of Defendants.

As to the federal claims, the Court determined that the Officers' use of deadly force was objectively reasonable and therefore, not unconstitutional. The Court, further, determined that the Plaintiffs failed to satisfy their burden of establishing a triable issue of material fact as to whether Officers' use of deadly force was reasonable under the circumstances. The Court also found that the Officers were entitled to qualified immunity. Given that there was no underlying Constitutional violation, Plaintiffs' *Monell* claim fails as a matter of law.

As to Plaintiffs' state law claims, the Court found that the Officers were immune from civil liability for wrongful death, negligence and battery given that the Officers committed justifiable homicide as defined by California Penal Code section 196.

For the reasons set forth by this Court granting the Summary Judgment, judgment is hereby entered in Defendants' favor and against Ahmad Shapour Arian and Deena Arian. As the Defendants are the prevailing party, they shall be entitled to recover their costs reasonably incurred according to the federal rules.

IT IS SO ORDERED:

DATED: 08·15·2013

Honorable R. Gary Klausner
United States District Court Judge